IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>TEN: THE ENTHUSIAST NETWORK MAGAZINES, LLC D/B/A MOTOR TREND,<br><br>*Defendant.* | Civil Action No. 2:17-cv-00030-JRG<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| SYMBOLOGY INNOVATIONS, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SMART, LLC D/B/A SMART TUITION,<br><br>*Defendant.* | Civil Action No. 2:17-cv-00027-JRG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Symbology Innovations, LLC hereby moves to dismiss all claims by and between it and Defendant Smart, LLC in this action with prejudice, with each party bearing its own attorneys' fees, expenses and costs. A proposed order accompanies this unopposed motion.

1

Dated: June 8, 2017                                 Respectfully submitted,

/s/Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
USDC No. 2125505
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de Lèon Avenue
San Juan, PR 00917
Telephone: (787) 766-700
Fascimile: (787) 766-7001
Email:  etorres@ferraiuoli.com

Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
221 Plaza 5th Floor
221 Ponce de Lèon Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Fascimile: (787) 766-7001
Email:  jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 8th, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this motion is unopposed.

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola