IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC § | |
| § | |
| **Plaintiff,** § | CASE 2:17-CV-0030-JRG |
| § | LEAD CASE |
| v. § | |
| § | |
| TEN: THE ENTHUSIAST NETWORK § | |
| MAGAZINES, LLC | |
| **Defendants.** § | |

## JOINT MOTION FOR DISMISSAL

Plaintiff Symbology Innovations LLC and Defendant TEN: The Enthusiast Network Magazines, LLC d/b/a Motor Trend pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Plaintiff against Defendant with prejudice and counterclaims by Defendant against Plaintiff without prejudice, with each party to bear its own costs, expenses and attorney's fees.

Dated: August 9, 2017                                       Respectfully Submitted,

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
FERRAIUOLI LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

/s/ Jean G. Vidal Font
Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC

Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
**Symbology Innovations LLC**

By: */s/ Neil J. McNabnay*
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704
Theresa M. Dawson
tdawson@fr.com
Texas Bar No. 24065128

**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

**COUNSEL FOR DEFENDANT**
*TEN: The Enthusiast Network Magazines, LLC d/b/a Motor Trend*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this 9th day of August, 2017.

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola

2