# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, § § | |
| Plaintiff, § § | CIVIL ACTION NO. 2:17-CV-00030-JRG |
| v. § § | |
| TEN: THE ENTHUSIAST NETWORK MAGAZINES, LLC D/B/A MOTOR TREND, § § § § § | |
| Defendant. | |

## ORDER

Before the Court is the Joint Motion for Dismissal (Dkt. No. 39) ("the Motion") of all claims by Plaintiff Symbology Innovations LLC ("Plaintiff" or "Symbology") against Defendant TEN: The Enthusiast Network Magazines, LLC ("Defendant" or "TEN") with prejudice and without prejudice as to all counterclaims by Defendant against Plaintiff. Having considered the Motion, the Court finds that said Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all claims by Plaintiff against Defendant are hereby dismissed with prejudice and the remaining counterclaims by Defendant against Plaintiff are dismissed without prejudice.

It is further **ORDERED** that all costs are to be borne by the party that incurred them.

**So Ordered this**
Aug 10, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE